IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2-11-cv-174 |
| | ) | |
| 1-800 FLOWERS.COM, INC.; | ) | Jury Trial Requested |
| ABT ELECTRONICS, INC.; | ) | |
| FOLLETT CORPORATION; | ) | |
| FOLLETT HIGHER EDUCATION GROUP; | ) | |
| LOWE'S COMPANIES, INC.; | ) | |
| MASON COMPANIES, INC.; | ) | |
| NEIMAN MARCUS INC.; | ) | |
| OFFICE DEPOT, INC.; | ) | |
| RITZ INTERACTIVE, INC.; | ) | |
| SCHOLASTIC CORPORATION; | ) | |
| SONY CORPORATION OF AMERICA; | ) | |
| STAPLES, INC.; and | ) | |
| THE CHILDREN'S PLACE, INC.; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R.CIV. P. 7.1, Plaintiff Charles E. Hill & Associates, Inc. ("Hill") files its Corporate Disclosure Statement stating there is no parent corporation, and no publicly held company or investment fund holds ten percent (10%) or more of Hill's stock.

Respectfully submitted,

_____
Scott E. Stevens, Lead Attorney
Texas Bar No. 00792024
STEVENS LOVE
P.O. Box 3427
Longview, Texas  75606-3427
Telephone:  (903) 753-6760
Facsimile:   (903) 753-6761
scott@stevenslove.com

BDDB01 6586793v1

        R. Trevor Carter
Indiana Bar No. 18562-49
Daniel M. Lechleiter
Indiana Bar No. 25675-49
Andrew M. McCoy (*pro hac vice to be filed*)
Indiana Bar No. 28297-49
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
trevor.carter@bakerd.com
daniel.lechleiter@bakerd.com
andrew.mccoy@bakerd.com

*Attorneys for Plaintiff,*
*Charles E. Hill & Associates, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 16th day of March, 2011.

                                                              _____
                                                              Scott E. Stevens