**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., ) ) *Plaintiff*, ) ) *v.* ) ) 1-800 FLOWERS.COM, INC.; ) ABT ELECTRONICS, INC.; ) FOLLETT CORPORATION; ) FOLLETT HIGHER EDUCATION GROUP; ) LOWE'S HOME CENTERS, INC.; ) MASON COMPANIES, INC.; ) NEIMAN MARCUS INC.; ) OFFICE DEPOT, INC.; ) RITZ INTERACTIVE, INC.; ) SCHOLASTIC CORPORATION; ) SONY CORPORATION OF AMERICA; ) STAPLES, INC.; and ) THE CHILDREN'S PLACE RETAIL ) STORES, INC., ) ) *Defendants*. ) | CASE NO. 2:11-cv-00174-JRG  HON. RODNEY GILSTRAP  **JURY DEMAND** |

**ORDER ENTERING AGREED ELECTRONIC DISCOVERY PROTOCOL**

Plaintiff, Charles E. Hill & Associates, Inc., and Defendants, 1-800 Flowers.com, Inc.,

Follett Corporation, Follett High Education Group, Lowe's Home Centers, Inc., Mason

Companies, Inc., Neiman Marcus Inc., Office Depot, Inc., Scholastic Corporation, Sony

Corporation of America, Staples, Inc., and The Children's Place Retail Stores, Inc. (collectively,

the "Consenting Parties"), jointly move the Court to enter, as an Order of the Court in this

matter, the Consenting Parties' Agreed Electronic Discovery Protocol, which is attached as

Exhibit A to the Consenting Parties' Joint Motion.

The Court, having considered the Consenting Parties' Joint Motion and the Agreed

Electronic Discovery Protocol, hereby **GRANTS** the motion.  Therefore, the Court hereby

**ADOPTS** the Consenting Parties' Agreed Electronic Discovery Protocol as an Order of the Court in this matter.

    **So ORDERED and SIGNED this 7th day of March, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE