*Please Expedite*

**Appendix K**  Revised: 4/19/10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:11-cv-174 (JRG)
Style: Charles E. Hill & Associates, Inc. v. 1-800 Flowers.com, Inc., et al.
2. Applicant is representing the following party/ies: Non-party Northern Tool & Equipment Company
3. Applicant was admitted to practice in MN (state) on 12/19/1995 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ~~has~~/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ~~has~~/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
US District Court MN; CO, Eastern Dist of WI, 8th Circuit, 4th Circuit, Federal Circuit
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/~~she~~ is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Casey A. Kniser do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 6 MARCH 2012     Signature *Casey A. Kniser*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Casey A. Kniser
State Bar Number 262377
Firm Name: Patterson Thuente Christensen Pedersen PA
Address/P.O. Box: 80 South 8th Street, Suite 4800
City/State/Zip: Minneapolis, MN 55402
Telephone #: 612-349-5740
Fax #: 612-349-9266
E-mail Address: kniser@ptslaw.com
Secondary E-Mail Address: litigationecf@ptslaw.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 3/6/12

DAVID MALAND, CLERK

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By C. Hinton
Deputy Clerk

```
COURTS/USDC-TX+E-T
211 W FERGUSON ST STE 106
TYLER, TX 75702

(903) 590-1007

MERCHANT :   1340 000001006361 001
REF NO.  :   066001 001 03351079
DATE     :   03/06/12   11:06
ACCT NO. :   XXXXXXXXXXXX4638
TYPE     :   VISA
AUTH NO. :   116066
AVS CODE :   HY

MAIL ORDER   $     100.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
```

```
Court Name: District Court
Division: 6
Receipt Number: TXE600007561
Cashier ID: lh
Transaction Date: 03/06/2012
Payer Name: James Patterson
-----------------------------------------
PRO HOC VICE
 For: James Patterson
 Case/Party: D-TXE-6-11-AA-999999-001
 Amount:    $100.00
-----------------------------------------
CREDIT CARD
 Amt Tendered:  $100.00
-----------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00


ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```