UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **CHARLES E. HILL & ASSOCIATES, INC.** | § § § | |
| *Plaintiff,* | § | |
| V. | § § | CIVIL ACTION NO. 2:11-CV-174 |
| **1-800 FLOWERS.COM, INC., ET AL.** | § § § | |
| *Defendants.* | | |

**ORDER**

Before the Court is Non-party Northern Tool and Equipment Company, Inc.'s ("Northern Tool") Objection to Order Compelling Production of Settlement Agreements (Dkt. No. 169.) Northern Tool objects to the Court's Order (Dkt. No. 155), compelling production of license and settlement agreements between Plaintiff Charles E. Hill & Associates, Inc. and third parties, including Northern Tool.

Northern Tool argues the license agreement at issue is an unreliable source because its terms make it irrelevant to the assessment of reasonable royalties, and thus, should not be produced. It urges the Court to review the license agreement *in camera* to determine its reliability.

The Court, having considered the Motion and Response filed by Defendant Staples, Inc. (Dkt. No. 171), hereby ORDERS the license agreement in question be produced to the Court for *in camera* review. The license shall be delivered to the Court by personal delivery or by Federal Express within three (3) days of the date of this Order.

**So ORDERED and SIGNED this 15th day of March, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE