# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

CHARLES E. HILL & ASSOCIATES,
INC.,

v.

1-800 FLOWERS.COM, INC.; ABT
ELECTRONICS, INC.; FOLLETT
CORPORATION; FOLLETT HIGHER
EDUCATION GROUP; LOWE∅S
COMPANIES, INC.; MASON
COMPANIES, INC.; NEIMAN MARCUS,
INC.; OFFICE DEPOT, INC.; RITZ
INTERACTIVE, INC.; SCHOLASTIC
CORPORATION; SONY CORPORATION
OF AMERICA; STAPLES, INC.; and THE
CHILDREN∅S PLACE, INC.;

CASE NO. 2-11-CV-174-JRG

Jury Trial Requested

## DEFENDANT SCHOLASTIC CORPORATION'S
## NOTICE OF ADDITIONAL DISCLOSURES

Defendant, Scholastic Corporation, hereby notifies the Court that it served additional disclosures pursuant to paragraph 3 of the Discovery Order [Dkt. 154] on the Plaintiff on March 29, 2012.

Dated: April 2, 2012

Respectfully submitted,

By: /s/ M. Dru Montgomery
  J. Thad Heartfield
  Texas Bar No. 09346800
  E-mail:  thad@jth-law.com
  M. Dru Montgomery
  Texas Bar No. 24010800
  E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

COUNSEL FOR DEFENDANT,
SCHOLASTIC CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 2nd day of April, 2012.  Any other counsel of record will be served by first class mail.

/s/ M. Dru Montgomery
M. Dru Montgomery