**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., <br><br> v. <br><br> 1-800 FLOWERS.COM, INC.; ABT ELECTRONICS, INC.; FOLLETT CORPORATION; FOLLETT HIGHER EDUCATION GROUP; LOWE'S COMPANIES, INC.; MASON COMPANIES, INC.; NEIMAN MARCUS, INC.; OFFICE DEPOT, INC.; RITZ INTERACTIVE, INC.; SCHOLASTIC CORPORATION; SONY CORPORATION OF AMERICA; STAPLES, INC.; and THE CHILDREN'S PLACE, INC.; | CASE NO. 2-11-CV-174-JRG <br><br> Jury Trial Requested |

**NOTICE OF FIRST AMENDED INITIAL DISCLOSURES**

Defendant, Scholastic Corporation hereby notifies the Court that it served its First Amended Rule 26(a)(1) Initial Disclosures on all counsel of record by e-mail on April 18, 2012.

Dated: April 18, 2012         Respectfully submitted,

By: /s/ M. Dru Montgomery
  J. Thad Heartfield
  Texas Bar No. 09346800
  E-mail: thad@jth-law.com
  M. Dru Montgomery
  Texas Bar No. 24010800
  E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

COUNSEL FOR DEFENDANT,
SCHOLASTIC CORPORATION

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of April, 2012. Any other counsel of record will be served by first class mail.

            /s/ M. Dru Montgomery
            M. Dru Montgomery