# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., ) | |
| ) | |
| *Plaintiff*, ) | CASE NO. 2:11-cv-00174-JRG |
| ) | |
| *v.* ) | |
| ) | HON. RODNEY GILSTRAP |
| 1-800 FLOWERS.COM, INC.; ) | |
| ABT ELECTRONICS, INC.; ) | |
| FOLLETT CORPORATION; ) | **JURY DEMAND** |
| FOLLETT HIGHER EDUCATION GROUP; ) | |
| LOWE'S HOME CENTERS, INC.; ) | |
| MASON COMPANIES, INC.; ) | |
| NEIMAN MARCUS INC.; ) | |
| OFFICE DEPOT, INC.; ) | |
| RITZ INTERACTIVE, INC.; ) | |
| SCHOLASTIC CORPORATION; ) | |
| SONY CORPORATION OF AMERICA; ) | |
| STAPLES, INC.; and ) | |
| THE CHILDREN'S PLACE RETAIL ) | |
| STORES, INC., ) | |
| ) | |
| *Defendants*. ) | |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION
## TO EXTEND TIME TO EXCHANGE PRIVILEGE LOGS

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Time to Exchange Privilege Logs. The Court, having considered the present unopposed Motion and being fully advised, now **GRANTS** the Motion in all respects, it appearing to the Court that the Motion is made for good cause. It is, therefore, **ORDERED** that the parties shall have until and including May 2, 2012, to exchange their respective privilege logs, if any.

**So ORDERED and SIGNED this 26th day of April, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE