UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:11–cv–174 |
| | ) |
| 1–800 FLOWERS.COM, INC., *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING STAPLES' MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iv) and (a)(4), Defendant Staples, Inc. ("Staples") has moved for an order compelling Plaintiff Charles E. Hill & Associates, Inc. ("Hill") to produce draft license agreements and communications, if any, between Hill and third parties relating to the negotiation of license agreements entered into to resolve past claims under the patents–in–suit ("Settlement Communications"). On consideration of the motion, the Court ORDERS that Staples' Motion to Compel is GRANTED. Hill shall produce to Defendants' counsel the above–defined Settlement Communications within twenty–one (21) days of this Order. Pursuant to the existing Protective Order, such documents shall be designated "Outside Counsel Eyes Only Confidential Information."

**So ORDERED and SIGNED this 2nd day of May, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE