**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> *v.* ) <br> ) <br> 1-800 FLOWERS.COM, INC.; ) <br> ABT ELECTRONICS, INC.; ) <br> FOLLETT CORPORATION; ) <br> FOLLETT HIGHER EDUCATION GROUP; ) <br> LOWE'S HOME CENTERS, INC.; ) <br> MASON COMPANIES, INC.; ) <br> NEIMAN MARCUS INC.; ) <br> OFFICE DEPOT, INC.; ) <br> RITZ INTERACTIVE, INC.; ) <br> SCHOLASTIC CORPORATION; ) <br> SONY CORPORATION OF AMERICA; ) <br> STAPLES, INC.; and ) <br> THE CHILDREN'S PLACE RETAIL ) <br> STORES, INC., ) <br> ) <br> *Defendants*. ) | CASE NO. 2:11-cv-00174-JRG <br><br> HON. RODNEY GILSTRAP <br><br> **JURY DEMAND** |

**PLAINTIFF CHARLES E. HILL & ASSOCIATES, INC.'S
NOTICE REGARDING SERVICE OF ITS PRIVILEGE LOG**

Pursuant to the Court's Discovery and Docket Control Orders (ECF Nos. 153 and 154, Feb. 21, 2012), the Court's Order on Plaintiff's Unopposed Motion to Extend Time to Exchange Privilege Logs (ECF No. 206, Apr. 26, 2012), and the parties' privilege log letter agreement dated April 17, 2012, Plaintiff Charles E. Hill & Associates, Inc. hereby notifies the Court that on May 2, 2012, it served its Privilege Log in this matter on all active Defendants.

Dated:  May 3, 2012

Respectfully submitted,

/s/ Daniel M. Lechleiter
Scott E. Stevens (Texas Bar No. 00792024)
**STEVENS | LOVE**
109 West Tyler St.
P.O. Box 3427
Longview, Texas  75606-3427
Telephone:  (903) 753-6760
Facsimile:   (903) 753-6761
E-mail: scott@stevenslove.com

R. Trevor Carter
Daniel M. Lechleiter
Andrew M. McCoy (*pro hac vice*)
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204-1750
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-mail: trevor.carter@faegrebd.com
         daniel.lechleiter@faegrebd.com
         andrew.mccoy@faegrebd.com

*Counsel for Plaintiff, Charles E. Hill & Associates, Inc.*

### CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a)(1), 5(b)(1), 5(b)(2)(E), and 5(d), and Local Rules CV-5(a)(2)(A), CV-5(c), and CV-5(d), the undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on May 3, 2012.  As such, on the foregoing date, this document was served "on all counsel who are deemed to have consented to electronic service."  *See* Local Rule CV-5(a)(3)(A).

/s/ Daniel M. Lechleiter