UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1–800 FLOWERS.COM, INC., *et al.*, ) <br> ) <br> ) <br> Defendants. ) | Case No. 2:11–cv–174 |

## NOTICE OF COMPLIANCE

Pursuant to the docket control and discovery orders in the above–captioned litigation, Defendant Staples, Inc. submits this notice that on May 1, 2012, it complied with its obligations relating to the identification of documents or information withheld under a claim of privilege or protection from disclosure.

Dated: May 3, 2012                                     Respectfully submitted,

Jennifer Parker Ainsworth
[LOCAL COUNSEL]
(State Bar No. 00784720)
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & CORNELIUS, P.C.**
One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509–5000

/s/ David Swetnam–Burland
Peter J. Brann
[LEAD COUNSEL]
pbrann@brannlaw.com
David Swetnam–Burland
dsb@brannlaw.com
Stacy O. Stitham
sstitham@brannlaw.com
**BRANN & ISAACSON**
184 Main Street; P.O. Box 3070
Lewiston, ME 04243–3070
(207) 786–3566

*Attorneys for Defendant Staples, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 3, 2012, the foregoing document was filed electronically in compliance with Local Rule CV–5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV–5(a)(3)(A).


/s/ David Swetnam–Burland
David Swetnam–Burland