**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., | ) | |
| | ) | CASE NO. 2:11-cv-00174-RG |
| Plaintiff, | ) | |
| | ) | HON. RODNEY GILSTRAP |
| v. | ) | |
| | ) | **JURY DEMAND** |
| 1-800 FLOWERS.COM, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF COMPLIANCE**

Pursuant to the Discovery Order in the above-captioned litigation, Defendants Follett

Corporation and Follett Higher Education Group submit this notice that on May 2, 2012, it

complied with its obligations regarding the identification of documents or information withheld

on the basis of privilege or protection from disclosure.

Respectfully Submitted,

**DATED:  May 3, 2012**          **Follett Higher Education Group, Inc. and
Follett Corporation**

                                         /s/ Patrick T. Muffo
                                   One of its attorneys

**Attorneys for Follett Higher Education
Group, Inc. and Follett Corporation**
Joseph R. Lanser
Patrick T. Muffo
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

## CERTIFICATE OF SERVICE

I, Patrick T. Muffo, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Eastern District of Texas using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on May 3, 2012.

> /s/ Patrick T. Muffo
> Patrick T. Muffo
> 131 South Dearborn Street
> Suite 2400
> Chicago, Illinois  60603
> (312) 469-5000 – Telephone
> (312) 460-7000 – Facsimile
> pmuffo@seyfarth.com

14424002v.1