# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:11-CV-00174 |
| | ) |
| 1-800 FLOWERS.COM, INC., *et al.* | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT NEIMAN MARCUS, INC.'S
## NOTICE OF COMPLIANCE

Pursuant to the Docket Control and Discovery Orders in the above-captioned litigation, Defendant Neiman Marcus, Inc. submits this notice that on April 25, 2012, it complied with its obligations relating to the identification of documents or information withheld under a claim of privilege or protection from disclosure.

Dated: May 3, 2012

Respectfully submitted,

/s/ Wilhemina J. Tyler
Daniel A. Crowe (admitted E.D. Tex.)
dacrowe@bryancave.com
Wilhemina J. Tyler (admitted E.D. Tex.)
wilhemina.tyler@bryancave.com
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tele. (314) 259-2000
Facs. (314) 259-2020

*Attorneys for Defendant*
*Neiman Marcus, Inc.*

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via ECF, in accordance with the Local Rule CV-5(a), on this 3rd day of May, 2012.

                                        /s/ Wilhemina J. Tyler
                                        Wilhemina J. Tyler