IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:11-cv-00174 |
| 1-800 FLOWERS.COM, INC.; ABT ELECTRONICS, INC.; FOLLETT CORPORATION; FOLLETT HIGHER EDUCATION GROUP; LOWE'S COMPANIES, INC.; MASON COMPANIES, INC.; NEIMAN MARCUS INC.; OFFICE DEPOT, INC.; RITZ INTERACTIVE, INC.; SCHOLASTIC CORPORATION; SONY CORPORATION OF AMERICA; STAPLES, INC.; and THE CHILDREN'S PLACE RETAIL STORES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **NOTICE OF COMPLIANCE**

Pursuant to the docket control and discovery orders in the above-captioned litigation, Defendant Mason Companies, Inc. submits this notice that on May 3, 2012, it complied with its obligations relating to the identification of documents or information withheld under a claim of privilege or protection from disclosure.

Dated: May 3, 2012

Respectfully Submitted,

*/s/ Shane A. Brunner*
Charles Ainsworth
TX State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
charley@pbatyler.com

Shane A. Brunner
WI State Bar No. 1034128
MERCHANT & GOULD P.C.
10 E. Doty Street, Suite 600
Madison, WI 53703-3376
Telephone: (608) 280-6750
Facsimile: (612) 332-9081
sbrunner@merchantgould.com

Rachel C. Hughey
MN State Bar No. 328042
MERCHANT & GOULD P.C.
80 S. Eighth Street
3200 IDS Center
Minneapolis, MN 55402-2215
Telephone: (612) 336-4688
Facsimile: (612) 332-9081
rhughey@merchantgould.com

*Attorneys for Defendant Mason Companies, Inc., d/b/a Maryland Square*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 3rd day of May, 2012, with a copy of this document via the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Shane A. Brunner*
Shane A. Brunner