**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:11-cv-00174 |
| | ) |
| 1-800 FLOWERS.COM, INC., *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **LOWE'S HOME CENTERS, INC.'S NOTICE OF COMPLIANCE**

Pursuant to the docket control and discovery orders in the above-captioned litigation, Defendant Lowe's Home Centers, Inc. submits this notice that on May 2, 2012, it complied with its obligations relating to the identification of documents or information withheld under a claim of privilege or protection from disclosure.

2

| | |
|---|---|
| Dated: May 3, 2012 | Respectfully submitted,<br>**LOWE'S HOME CENTERS, INC.**<br><br>By:   /s/ Michael A. Oakes<br>Edward F. Fernandes<br>efernandes@hunton.com<br>CharlesHill-Lowes@hunton.com<br>Hunton & Williams, LLP<br>111 Congress Avenue, Suite 1800<br>Austin, TX  78701<br>Telephone: (512) 542-5000<br>Facsimile:  (512) 542-5049<br><br>Michael A. Oakes<br>moakes@hunton.com<br>CharlesHill-Lowes@hunton.com<br>Hunton & Williams, LLP<br>2200 Pennsylvania Ave, NW<br>Washington, DC  20037<br>Telephone:  (202) 419-2172<br>Facsimile:  (202) 778-7459<br><br>**ATTORNEYS FOR DEFENDANT**<br>**LOWE'S HOME CENTERS, INC.** |

**CERTIFICATE OF SERVICE**

I certify that on May 3, 2012, foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have registered for electronic service.

　　　　　　　　　　　　　　　　　　　　　　　/s/  Michael A. Oakes