**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC.<br><br>  Plaintiff,<br><br>                     v.<br><br>(1)   1-800 FLOWERS.COM, INC.<br>(2)   ABT ELECTRONICS, INC.<br>(3)   FOLLETT CORPORATION<br>(4)   FOLLETT HIGHER EDUCATION GROUP<br>(5)   LOWE'S COMPANIES, INC.<br>(6)   MASON COMPANIES, INC.<br>(7)   NEIMAN MARCUS INC.<br>(8)   OFFICE DEPOT, INC.<br>(9)   RITZ INTERACTIVE, INC.<br>(10) SCHOLASTIC CORPORATION<br>(11) SONY CORPORATION OF AMERICA<br>(12) STAPLES, INC.<br>(13) THE CHILDREN'S PLACE, INC.,<br><br>                     Defendants. | CASE NO. 2:11-cv-00174-JRG<br><br>JURY TRIAL DEMANDED |

**<u>SONY CORPORATION OF AMERICA'S NOTICE OF COMPLIANCE</u>**

Pursuant to the docket control and discovery orders in the above-captioned litigation requiring the exchange of privilege logs by May 2, 2012 (extended from April 25 2012, by the Court's April 26, 2012 Order), Defendant Sony Corporation of America submits this notice that on May 1, 2012, it complied with its obligations relating to the identification of documents or information withheld under a claim of privilege or protection from disclosure.

1

Respectfully submitted,

/s/Lionel M. Lavenue
Lionel M. Lavenue
lionel.lavenue@finnegan.com
Troy L. Gwartney
(pro hac vice forthcoming)
troy.gwartney@finnegan.com
Finnegan, Henderson, Farabow, Garrett &
    Dunner, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20105
(571) 203-2700 (telephone)
(202) 408-4400 (facsimile)

*Attorneys for Defendant*
*Sony Electronics Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 3, 2012, Sony Corporation of America's Notice of Compliance was served upon counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class U.S. mail on this same date.

                                                          /s/Troy L. Gwartney
                                                          Troy L. Gwartney