UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC.<br><br>v.<br><br>1-800 FLOWERS.COM, INC.; ABT ELECTRONICS, INC.; FOLLETT CORPORATION; FOLLETT HIGHER EDUCATION GROUP; LOWE'S COMPANIES, INC.; MASON COMPANIES, INC.; NEIMAN MARCUS, INC.; OFFICE DEPOT, INC.; RITZ INTERACTIVE, INC.; SCHOLASTIC CORPORATION; SONY CORPORATION OF AMERICA; STAPLES, INC.; and THE CHILDREN'S PLACE, INC. | CASE NO. 2-11-CV-174-JRG<br><br>Jury Trial Requested |

**DEFENDANT SCHOLASTIC CORPORATION'S
NOTICE OF COMPLIANCE**

Defendant, Scholastic Corporation, hereby notifies the Court that on May 2, 2012, it complied with its obligation relating to the identification of documents or information withheld under a claim of privilege or protection from disclosure, pursuant to the Court's docket control and discovery orders.

Dated: May 8, 2012          Respectfully submitted,

By: */s/ J. Thad Heartfield*
    J. Thad Heartfield
    Texas Bar No. 09346800
    E-mail: thad@jth-law.com
    M. Dru Montgomery
    Texas Bar No. 24010800
    E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

COUNSEL FOR DEFENDANT,
SCHOLASTIC CORPORATION

## CERTIFICATE OF SERVICE

      The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of May, 2012.  Any other counsel of record will be served by first class mail.

                                        */s/ J. Thad Heartfield*
                                        J. Thad Heartfield