**Appendix K** Revised: 4/19/10

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # 2:11-cv-174-JRG
Style: Charles E Hill & Associates Inc. v. 1-800 Flowers.com Inc. et al.
2. Applicant is representing the following party/ies: Sony Corporation of America
3. Applicant was admitted to practice in New York (state) on 03/27/1989 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
EDNY; SDNY; CAFC; 2nd Cir. Ct. of App.; 11th Cir. Ct. of App.; US Supreme Court
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, John M. Desmarais do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 5/13/12   Signature _____

(p-8631)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) John M. Desmarais
State Bar Number NY 4546685
Firm Name: Desmarais LLP
Address/P.O. Box: 230 Park Avenue
City/State/Zip: New York, NY 10169
Telephone #: 212-351-3400
Fax #: 212-351-3401
E-mail Address: jdesmarais@desmarraisllp.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **5/14/12**

_David Maland_ (signature)
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By    pbell
Deputy Clerk