# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **CHARLES E. HILL & ASSOCIATES, INC.** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **CIVIL ACTION No. 2:11-CV-00174-JRG** |
| **vs.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **1-800-FLOWERS.COM, INC., ABT ELECTRONICS, INC., FOLLETT CORPORATION, FOLLETT HIGHER EDUCATION GROUP, LOWE'S HOME CENTER'S INC., MASON COMPANIES, INC., NEIMAN MARCUS INC., OFFICE DEPOT, INC., RITZ INTERACTIVE, INC., SCHOLASTIC CORPORATION, SONY CORPORATION OF AMERICA, STAPLES, INC., THE CHILDREN'S PLACE RETAIL STORES INC.** | § § § § § § § § § § § § § | |
| **Defendants.** | § | |

## ORDER GRANTING DEFENDANT NEIMAN MARCUS INC.'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Before the Court is Defendant Neiman Marcus Inc.'s ("Neiman Marcus") Unopposed Motion to Withdraw and Substitute Counsel. After considering the Motion and finding that good cause exists for its entry, it is hereby GRANTED. IT IS THEREFORE ORDERED that Daniel A. Crowe and Wilhemina J. Tyler and the law firm of Bryan Cave LLP be allowed to withdraw and are hereby withdrawn as attorneys of record for Defendant Neiman Marcus Inc. The Clerk of the Court is directed to remove Mr. Crowe's and Ms. Tyler's names from the list of persons authorized to receive electronic notices in this case. IT IS FURTHER ORDERED that Gerald C. Conley and Tonya M. Gray and the law firm of Andrews Kurth LLP be and are substituted as counsel of record for Defendant Neiman Marcus Inc.

**So ORDERED and SIGNED this 17th day of May, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE