**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1-800 FLOWERS.COM, INC.; <br> ABT ELECTRONICS, INC.; <br> FOLLETT CORPORATION; <br> FOLLETT HIGHER EDUCATION GROUP; <br> LOWE'S HOME CENTERS, INC.; <br> MASON COMPANIES, INC.; <br> NEIMAN MARCUS INC.; <br> OFFICE DEPOT, INC.; <br> RITZ INTERACTIVE, INC.; <br> SCHOLASTIC CORPORATION; <br> SONY CORPORATION OF AMERICA; <br> STAPLES, INC.; and <br> THE CHILDREN'S PLACE RETAIL STORES, INC., <br><br> Defendants. | Civil Action No. 2:11-cv-00174-JRG |

**NOTICE OF APPEARANCE AS COUNSEL**

Defendant Staples, Inc. files this Notice of Appearance of Additional Counsel and hereby notifies the Court that Jon T. Hohenthaner of the law firm Desmarais LLP, 230 Park Avenue, New York, New York 10169, is appearing as counsel for Defendant Staples, Inc. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

|  |  |
|---|---|
| Dated: June 14, 2012 | Respectfully submitted,<br><br>/s/ Jon T. Hohenthaner<br>Jon T. Hohenthaner<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: 212-351-3400<br>Fax: 212-351-3401<br>jhohenthaner@desmaraisllp.com<br><br>*Attorney for Defendant Staples, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 14, 2012. Any other counsel of record will be served by First Class U.S. mail on this same date.

/s/ Jon T. Hohenthaner
Jon T. Hohenthaner