**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1-800 FLOWERS.COM, INC.; <br> ABT ELECTRONICS, INC.; <br> FOLLETT CORPORATION; <br> FOLLETT HIGHER EDUCATION GROUP; <br> LOWE'S HOME CENTERS, INC.; <br> MASON COMPANIES, INC.; <br> NEIMAN MARCUS INC.; <br> OFFICE DEPOT, INC.; <br> RITZ INTERACTIVE, INC.; <br> SCHOLASTIC CORPORATION; <br> SONY CORPORATION OF AMERICA; <br> STAPLES, INC.; and <br> THE CHILDREN'S PLACE RETAIL STORES, INC., <br><br> Defendants. | Civil Action No. 2:11-cv-00174-JRG |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants Follett Corporation and Follett Higher Education Group, Inc. file this Notice of Appearance of Additional Counsel and hereby notify the Court that Eric J. Stieglitz of the law firm Desmarais LLP, 230 Park Avenue, New York, New York 10169, is appearing as counsel for Defendants Follett Corporation and Follett Higher Education Group, Inc.  All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: June 27, 2012                        Respectfully submitted,

                                                             /s/ Eric J. Stieglitz
Eric J. Stieglitz
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-351-3400
Fax: 212-351-3401
estieglitz@desmaraisllp.com

*Attorney for Defendants Follett Corporation and Follett Higher Education Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 27, 2012. Any other counsel of record will be served by First Class U.S. mail on this same date.

/s/ Eric J. Stieglitz
Eric J. Stieglitz