IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 2-11-cv-174 |
| ) | |
| 1-800 FLOWERS.COM, INC.; ) | Jury Trial Requested |
| ABT ELECTRONICS, INC.; ) | |
| FOLLETT CORPORATION; ) | |
| FOLLETT HIGHER EDUCATION GROUP; ) | |
| LOWE'S COMPANIES, INC.; ) | |
| MASON COMPANIES, INC.; ) | |
| NEIMAN MARCUS INC.; ) | |
| OFFICE DEPOT, INC.; ) | |
| RITZ INTERACTIVE, INC.; ) | |
| SCHOLASTIC CORPORATION; ) | |
| SONY CORPORATION OF AMERICA; ) | |
| STAPLES, INC.; and ) | |
| THE CHILDREN'S PLACE, INC.; ) | |
| ) | |
| Defendants. ) | |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME

Before the Court is Plaintiff, Charles E. Hill & Associates, Inc.'s Unopposed Motion to Extend Time to file a responsive pleading to Defendant Staples, Inc.'s Motion to Compel.

Plaintiff's motion shall be and is hereby GRANTED in all respects. Plaintiff shall have until and including August 3, 2012 to file a response to Defendant Staples, Inc.'s Motion to Compel.

**So ORDERED and SIGNED this 9th day of July, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE