**Appendix K**                                                          Revised: 4/19/10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:11-cv-00174

Style: Charles E. Hill & Associates, Inc. v. 1-800 Flowers.com Inc., et al.

2. Applicant is representing the following party/ies: Defendant Scholastic Corporation

3. Applicant was admitted to practice in New York (state) on 05/19/2008 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
U.S. Ct of Appeals (2nd Circuit and Fed. Circuit); Eastern and Southern Districts of New York

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Gina M. Bassi do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 7/31/2012          Signature _[signed]_

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Gina M. Bassi
State Bar Number 4603882
Firm Name:    Schiff Hardin LLP
Address/P.O. Box:    666 Fifth Avenue, 17th Floor
City/State/Zip: New York, NY 10103
Telephone #:   212-745-9545
Fax #:   212-753-5044
E-mail Address:  gbassi@schiffhardin.com
Secondary E-Mail Address: jacquaviva@schiffhardin.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 8/2/12

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

```
Court Name: District Court
Division: 2
Receipt Number: TXE200001243
Cashier ID: pa
Transaction Date: 08/02/2012
Payer Name: SCHIFF HARDIN
------------------------------------
PRO HAC VICE
 For: SCHIFF HARDIN
 Case/Party: D-TXE-6-11-AA-999999-001
 Amount:        $100.00
------------------------------------
CHECK
 Check/Money Order Num: 4460
 Amt Tendered:  $100.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

2 11 CV 174 BASSI


ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```