IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2-11-cv-174 |
| | ) | |
| 1-800 FLOWERS.COM, INC.; | ) | Jury Trial Requested |
| ABT ELECTRONICS, INC.; | ) | |
| FOLLETT CORPORATION; | ) | |
| FOLLETT HIGHER EDUCATION GROUP; | ) | |
| LOWE'S COMPANIES, INC.; | ) | |
| MASON COMPANIES, INC.; | ) | |
| NEIMAN MARCUS INC.; | ) | |
| OFFICE DEPOT, INC.; | ) | |
| RITZ INTERACTIVE, INC.; | ) | |
| SCHOLASTIC CORPORATION; | ) | |
| SONY CORPORATION OF AMERICA; | ) | |
| STAPLES, INC.; and | ) | |
| THE CHILDREN'S PLACE, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON JOINT MOTION TO EXTEND DEADLINES

Before the Court is the parties' Joint Motion to Extend Deadlines. The parties' motion shall be and is hereby GRANTED. The following deadlines shall be in effect:

| | Current Date | New Date |
|---|---|---|
| Comply with P.R. 4-1 | July 31, 2012 | September 14, 2012 |
| Plaintiff's Response to Staples' Motion to Compel | August 3, 2012 | September 17, 2012 |
| Comply with P.R. 4-2 | August 30, 2012 | October 12, 2012 |
| Comply with P.R. 4-3 | October 3, 2012 | November 2, 2012 |
| Discovery deadline for claim construction issues (P.R. 4-4) | October 17, 2012 | November 16, 2012 |
| Comply with P.R. 4-5(a) | November 8, 2012 | November 28, 2012 |

Comply with P.R. 4-5(b)        December 13, 2012        December 20, 2012

**So ORDERED and SIGNED this 6th day of August, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE