IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>1-800 FLOWERS.COM, INC., et al.,<br><br>Defendants | Case No. 2:11-cv-174-JRG<br><br>JURY TRIAL DEMANDED |

## SONY ELECTRONICS INC. AND SONY CORPORATION OF AMERICA'S NOTICE OF SERVICE

Defendants Sony Electronics Inc. and Sony Corporation of America ("Sony") provide notification that, on August 17, 2012, Oracle Corporation (by Robert Sloss, Esq., a representative of Oracle) accepted service via email of Sony's Third Party Complaint (Dkt. No. 220).

Dated: August 20, 2012

Respectfully submitted,

*/s/ Lionel M. Lavenue*

Lionel M. Lavenue
lionel.lavenue@finnegan.com
Troy Leo Gwartney
troy.gwartney@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190
Tel: (571) 203-2700
Fax: (202) 408-4400

## CERTIFICATE OF SERVICE

I certify that on August 20, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

>*/s/ Ashley F. Cheung*
>Ashley F. Cheung