# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC.., ) | |
| ) | |
| Plaintiff, ) | Cause No. 2:11-CV-00174-JRG |
| ) | |
| vs. ) | HON. RODNEY GILSTRAP |
| ) | |
| 1-800 FLOWERS.COM, INC., et al., ) | **JURY DEMAND** |
| ) | |
| Defendants. ) | |

**ORDER ON STIPULATION OF DISMISSAL BETWEEN PLAINTIFF
AND DEFENDANT, 1-800-FLOWERS.COM, INC.**

This matter is before the Court on the Stipulation of Dismissal filed by Plaintiff, Charles E. Hill & Associates, Inc., and Defendant, 1-800-FLOWERS.COM, Inc. ("1-800 Flowers"). After considering the Stipulation, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Complaint against 1-800 Flowers is dismissed WITH PREJUDICE.

2. 1-800 Flowers' claims and counterclaims against Plaintiff are dismissed WITH PREJUDICE.

3. Each party shall bear its own costs, expenses and attorney's fees.

**So ORDERED and SIGNED this 17th day of September, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE