UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:11-cv-174-JRG

Name of party requesting extension: Sony Corp. of Am. and Sony Electronics Inc. on behalf of Oracle Corp.

Is this the first application for extension of time in this case?  ☐ Yes

☑ No

If no, please indicate which application this represents:  ☑ Second

☐ Third

☐ Other _____

Date of Service of Summons: 08/17/2012

Number of days requested:  ☐ 30 days

☐ 15 days

☑ Other 31 days

New Deadline Date: 10/22/2012  *(Required)*

---

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Lionel M. Lavenue

State Bar No.: VA 49005

Firm Name: Finnegan, Henderson, Farabow, Garrett & Dunner LLP

Address: Two Freedom Square

11955 Freedom Dr.

Reston, VA  20190-5675

Phone: 571-203-2700

Fax:  202-408-4400

Email: lionel.lavenue@finnegan.com

---

A certificate of conference does not need to be filed with this unopposed application.