# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | Cause No. 2:11-CV-00174-JRG |
| ) | |
| vs. ) | HON. RODNEY GILSTRAP |
| ) | |
| 1-800 FLOWERS.COM, INC., et al., ) | **JURY DEMAND** |
| ) | |
| Defendants. ) | |

### ORDER GRANTING JOINT MOTION TO EXTEND P.R. 4-1 DEADLINE

This matter is before the Court on the parties' Joint Motion to Extend P.R. 4-1 Deadline. The Court, having considered the motion, finds that it should be granted. It is, therefore,

ORDERED that the Joint Motion to Extend P.R. 4-1 Deadline is GRANTED, and the parties' time to comply with P.R. 4-1 is extended to and including October 8, 2012.

**So ORDERED and SIGNED this 25th day of September, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE