IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) Cause No. 2:11-CV-00174-JRG |
| | ) |
| vs. | ) |
| | ) |
| 1-800 FLOWERS.COM, INC., et al., | ) **JURY DEMAND** |
| | ) |
| Defendants, | ) |
| | ) |
| | ) |
| SONY CORPORATION OF AMERICA and SONY ELECTRONICS INC., | ) |
| | ) |
| Third Party Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| ORACLE CORPORATION and ENDECA TECNOLOGIES, INC., | ) |
| | ) |
| Third Party Defendants. | ) |
| | ) |

**ORDER**

Third-Party Plaintiffs Sony Corporation of America and Sony Electronics Inc.'s Agreed Motion to Extend Third-Party Defendants' Deadline to Respond to Third-Party Complaint is before the court.

After consideration, the Court finds that the Motion should be **GRANTED**. It is therefore **ORDERED** that the deadline to answer or otherwise respond for Third-Party Defendants Oracle Corporation and Endeca Technologies, Inc. is extended from October 22, 2012 until and including November 5, 2012.

**So ORDERED and SIGNED this 23rd day of October, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE